IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ED COLLINS,** | : CIVIL ACTION NO. 1:07-CV-1957 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **MIKE GARMAN, et al.,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 27th day of November, 2007, upon consideration of the motion to dismiss (Doc. 8), filed by defendant Jane Minnich, and of the parties' stipulation to remove Minnich as a defendant (see Doc. 12, Ex. A), it is hereby ORDERED that:

1. The motion to dismiss the claims against defendant Jane Minnich by stipulation (Doc. 12) is GRANTED as follows:

    a. All claims against defendant Jane Minnich are DISMISSED with prejudice. See FED. R. CIV. P. 41(a)(2).

    b. Defendant Jane Minnich is DROPPED as a party to the above-captioned case. See FED. R. CIV. P. 21.

2. The motion to dismiss (Doc. 8), filed by defendant Jane Minnich, is DENIED as moot.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge