# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ED COLLINS,** : | **CIVIL ACTION NO. 1:07-CV-1957** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **MIKE GARMAN, et al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 31st day of March, 2008, upon consideration of plaintiff's motion for reconsideration (Doc. 31), asking the court to vacate and/or alter the order of court dated March 25, 2008 (Doc. 30), and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 31) is DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge