IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ED COLLINS**, | : | CIVIL ACTION NO. 1:07-CV-1957 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **MIKE GARMAN, et al.**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 21st day of May, 2008, upon consideration of the order of court dated April 9, 2008 (Doc. 41), directing service of the amended complaint on the three remaining defendants Joseph Craigwell, Molly Leach, and Allen Jones, and of the pretrial schedule in the above-captioned action (see Doc. 4), which establishes a dispositive motion deadline of May 26, 2008, and it appearing that the three remaining defendants have not yet entered an appearance in this action, it is hereby ORDERED that:

1. The pretrial and trial schedule in the above-captioned action is STAYED pending entries of appearance on behalf of the three remaining defendants.

2. If necessary, a revised pretrial and trial schedule shall issue by future order of court.

3. *Pro se* plaintiff's motion for an extension of the pretrial and trial schedule (Doc. 28) is DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge